IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| THE REAL PROPERTY LOCATED AT 7411 SALIDA ROAD, MENTOR-ON-THE - LAKE, LAKE COUNTY, OHIO; PARCEL NUMBER: 19A-089-A-00-011-0, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF COMPLAINT FOR FORFEITURE AGAINST REAL PROPERTY**

The attached Complaint in Forfeiture, which seeks the forfeiture of the defendant property pursuant to 18 U.S.C. § 981(a)(1)(C) (transmission of gambling information / illegal gambling businesses) and 18 U.S.C. § 981(a)(1)(A) (money laundering), was filed by the United States of America on August 26, 2019, in the United States District Court for the Northern District of Ohio, Eastern Division.

Pursuant to Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, in order to avoid forfeiture of the defendant property, any person or entity that asserts an interest in the defendant property must file a verified claim within 35 days after the date of posting of this notice or the date of delivery, if personally served.

Pursuant to Rule G(5)(a)(i), the claim must: (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the defendant property; and, (C) be signed by the claimant under penalty of perjury (*see*, 28 U.S.C. § 1746).

If you file a verified claim, you must then file an answer to the complaint (or a motion under Rule 12 of the Federal Rules of Civil Procedure) within 20 days after filing the verified claim.  *See*, Rule G(5)(b).

The verified claim and answer (or motion) must be filed with the Office of the Clerk, United States District Court for the Northern District of Ohio, Carl B. Stokes U.S. Court House, 801 West Superior Avenue, Cleveland, Ohio 44113; and, a copy of the claim and answer (or motion) must be sent to the United States Attorney's Office (Attention: Asset Forfeiture Section), 400 United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113.

In accordance with 18 U.S.C. § 985(c)(1)(B), this Notice of Complaint for Forfeiture Against Real Property shall be posted on the defendant property along with a copy of the Complaint in Forfeiture.  If you fail to follow the requirements set forth above, judgment will be taken for the relief demanded in the complaint.  You may wish to seek legal advice to protect your interests.

                                    Justin E. Herdman
                                    U.S. Attorney, Northern District of Ohio

By: _____
      James L. Morford (Ohio: 0005657)
      Assistant United States Attorney, N.D. Ohio
      Carl B. Stokes U.S. Court House
      801 West Superior Avenue, Suite 400
      Cleveland, Ohio  44113
      216.622.3743 / Fax: 216.522.7499
      James.Morford@usdoj.gov

**SERVICE RETURN**

_____            _____

Date posted on property          Printed Name
                                        Title
                                        Agency