IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL NO. 1:19-CV-1949 |
| Plaintiff, | : | JUDGE PAMELA A. BARKER |
| | : | **VERIFIED CLAIM OF** |
| | : | **MICHAEL L. REIDER AND** |
| vs. | : | **JOY A REIDER** |
| THE REAL PROPERTY LOCATED AT 7411 SALIDA ROAD MENTOR ON THE LAKE, OHIO PARCEL NUMBER:19A-089-A-00-001-0 | : | |
| Defendant. | : | |

Now come Michael L. Reider and Joy A. Reider, hereinafter Claimants, by and through their attorney, Richard J. Perez, and pursuant to Rule G(5) of the supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions and hereby assert their respective claims of interest in Defendant Real Property located at 7411 Salida road, Mentor on the Lake, Lake County, Ohio (hereinafter "Defendant Real Property"). Claimants, Michael L. Reider and Joy A. Reider, husband and wife, claim Defendant Real Property is not subject to forfeiture by the Government as allege in the Complaint for Forfeiture against the Defendant Real Property.

1

WHEREFORE, Claimants, Michael L. Reider and Joy A. Reider, notify this Court of their claim to the Defendant Real Property in this matter.

Respectfully submitted,

/s/Richard J. Perez
RICHARD J. PEREZ
Interstate Square, Bldg. I.
4230 State Route 306, Suite 240
Willoughby, OH 44094
(440) 953-1310
(440) 953-1427 (fax)
rick@perezlaw.com
Attorney for Petitioners

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2019, I electronically filed the foregoing Motion for Leave with the Clerk of Courts using the CM/ECF system which will send notification of such filing to the following:

James L. Morford (Ohio: 0005657)
Assistant United States Attorney, N.D. Ohio

/s/Richard J. Perez
RICHARD J. PEREZ
Attorney for Petitioner

## **VERIFICATION**

STATE OF OHIO )
) SS.
COUNTY OF LAKE )

I, JOY A. REIDER, Claimant herein, assert that I am a lawful owner of the Defendant Real Property identified above in the Statement of Claim. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____*Joy A. Reider*_____
JOY A. REIDER

BEFORE ME, a Notary Public in and for said county and state, personally appeared the above-named JOY A. REIDER, who acknowledged that she did sign the foregoing instrument and that the same is her free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at Willoughby, Ohio , this ____3rd____ day of October, 2019.

_____
Notary Public

> JEANNINE A. ZABRISKIE
> Notary Public, State of Ohio
> Cuyahoga County
> My Comm. Expires Oct. 3, 2020

4

## VERIFICATION

STATE OF OHIO )
) SS.
COUNTY OF LAKE )

I, MICHAEL L. REIDER, Claimant herein, assert that I am a lawful owner of the Defendant Real Property identified above in the Statement of Claim. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
MICHAEL L. REIDER

BEFORE ME, a Notary Public in and for said county and state, personally appeared the above-named MICHAEL REIDER, who acknowledged that he did sign the foregoing instrument and that the same is his free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal at Willoughby, Ohio , this ___3rd___ day of October, 2019.

_____
Notary Public

JEANNINE A. ZABRISKIE
Notary Public, State of Ohio
Cuyahoga County
My Comm. Expires Oct. 5, 2020

3